IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02909-BNB

ROY J. MAIN,

    Applicant,

v.

CHARLES OLIN, Phase II SOTP/Territorial Facility,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 2 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant Roy J. Main initiated this action by filing *pro se* an "Application for a Writ of Mandamus Pursuant to 28 U.S.C. § 1651." In an order filed on December 11, 2009, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Main to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Main to file on the proper form a Prisoner Complaint and either to pay the filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Main was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Main has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's December 11 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the "Application for a Writ of Mandamus Pursuant to 28 U.S.C. § 1651" is denied and the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 21st day of January, 2010.

BY THE COURT:

*[signature]* for

PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02909-BNB

Roy J. Main
Prisoner No. 48337
Colorado Territorial Corr. Facility
PO Box 1010
Cañon City, CO 81215- 1010

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/22/10

GREGORY C. LANGHAM, CLERK

By _____
     Deputy Clerk